VINCENT PARDEE v. BENJAMIN WIESENFELD.

February 23, 1981.

Petition for certification denied.

DIETER FLAMME v. NEW JERSEY RACING COMMISSION.

February 23, 1981.

Petition for certification denied.

EDWARD J. DUDEK v. WILLINGBORO BOARD OF EDUCATION.

February 23, 1981.

Petition for certification denied.

WILLIAM FARRANT v. ARTCRAFT STRAUSS SIGN CORP.

February 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BROOMAN.

February 23, 1981.

Petition for certification denied.